# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK MAIN OFFICE (SYRACUSE)

RACHEL COLANGELO and
KATHLEEN PARADOWSKI,
individually and on behalf of a class of
similarly situated individuals,

       Plaintiff,

v.

CHAMPION PETFOODS USA INC.
and CHAMPION PETFOODS LP,

       Defendants.

CIVIL ACTION NO.: 6:18-cv-01228-LEK-ML

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESS BRUCE G. SILVERMAN**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated April 15, 2021, and the Declaration of David A. Coulson in Support of Defendants' Motion to Exclude Plaintiff's Expert Witness Bruce G. Silverman, and the exhibits annexed thereto, Defendants Champion Petfoods USA Inc. and Champion Petfoods LP (collectively, "Champion") hereby move this Court for an order excluding the opinions and testimony of Bruce G. Silverman, and for such other and further relief as the Court deems appropriate.

DATED:  April 15, 2021

GREENBERG TRAURIG, LLP

By: */s/ David A. Coulson*
David A. Coulson, Esq. (*pro hac vice*)
Jared R. Kessler, Esq. (*pro hac vice*)
Robert S. Galbo, Esq. (*pro hac vice*)
Elisa H. Baca, Esq. (*pro hac vice*)
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: 305-579-0754
Facsimile: 305-579-0500
Email: coulsond@gtlaw.com
      kesslerj@gtlaw.com

galbor@gtlaw.com
bacae@gtlaw.com

Rick L. Shackelford, Esq. (*pro hac vice*)
1840 Century Park East, Suite 1900 Los
Angeles, CA 90067
Telephone: 310-586-3878
Facsimile: 310-586-7800
Email: shackelfordr@gtlaw.com

Cynthia Neidl, Esq. (513737)
54 State Street
Albany, NY 12207
Telephone: 518-689-1435
Facsimile:  518-689-1499
Email: neidlc@gtlaw.com

*Attorneys for Defendants Champion Petfoods*
*USA Inc. and Champion Petfoods LP*