# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KATHLEEN PARADOWSKI,** individually and on behalf of a class of similarly situated individuals,<br><br>**PLAINTIFF,**<br><br>V.<br><br>**CHAMPION PETFOODS USA, INC. and CHAMPION PETFOODS LP,**<br><br>**DEFENDANTS.** | Case No. 6:18-CV-01228-LEK-ML<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1, the undersigned hereby notifies the Court and counsel that Raina C. Borrelli is no longer with the firm Gustafson Gluek PLLC and is withdrawing her representation of Plaintiff in this matter. Plaintiff will continue to be represented by the remaining counsel of record from Gustafson Gluek PLLC.

Dated: April 27, 2021

*/s/ Daniel E. Gustafson*
Daniel E. Gustafson (appearing *pro hac vice*)
**GUSTAFSON GLUEK, PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, I caused a copy of the foregoing Notice of Withdrawal of Counsel to be filed via the electronic filing system for the U.S. District Court for the Northern District New York, which will send a Notice of Electronic Filing to all attorneys of record.

                                                        */s/ Daniel E. Gustafson*
                                                        Daniel E. Gustafson