## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KATHLEEN PARADOWSKI,** individually and on behalf of a class of similarly situated individuals**,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP,**<br>       **Defendants.** | Case No. 6:18-cv-01228-LEK-DEP<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO:   THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE the appearance of Steven M. McKany on behalf of plaintiff Kathleen Paradowski is hereby withdrawn in the above-referenced action.  Mr. McKany is no longer employed at Robbins LLP.

Kevin A. Seely will continue to serve as counsel of record for plaintiff Kathleen Paradowski.  Notice of further proceedings in this action, as well as copies of all pleadings and other filings should continue to be directed to Kevin A. Seely.

DATED: May 14, 2021

ROBBINS LLP
KEVIN A. SEELY

s/ Kevin A. Seely
KEVIN A. SEELY, Pro Hac Vice

5040 Shoreham Place
San Diego, CA 92122
Telephone:  (619) 525-3990
Facsimile:   (619) 525-3991
E-mail:  kseely@robbinsllp.com

Cousnel for Plaintiff

## CERTIFICATE OF SERVICE

I, Kevin A. Seely, hereby certify that on May 14, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send the notification of such filing to all counsel of record.

s/ Kevin A. Seely
Kevin A. Seely

1504114