# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KATHLEEN PARADOWSKI,** individually and on behalf of a class of similarly situated individuals,<br><br>PLAINTIFFS,<br><br>V.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP**,<br><br>DEFENDANTS. | Case No. 6:18-cv-01228-LEK-DEP<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO:   THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1, the appearance of Michelle Lukic on behalf of plaintiff Kathleen Paradowski is hereby withdrawn in the above-referenced action. As of August 10, 2021, Mrs. Lukic will no longer be employed at Wexler Wallace LLP.

Plaintiffs will continue to be represented by Counsel of record from Wexler Wallace LLP, as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

Dated: August 9, 2021                              Respectfully submitted,

<u>/s/ Michelle Lukic</u>
Kenneth A. Wexler *(pro hac vice)*
Michelle Lukic *(pro hac vice)*
WEXLER WALLACE LLP
55 West Monroe St., Suite 3300
Telephone:   (312) 346-2222
Facsimile:   (312) 346-0022
Email: kaw@wexlerwallace.com
          mpl@wexlerwallace.com

                Mark J. Tamblyn *(pro hac vice)*
                WEXLER WALLACE LLP
                333 University Avenue, Suite 200
                Sacramento, CA 95825
                Telephone:   (916) 565-7692
                Facsimile:    (312) 346-0022
                Email: mjt@wexlerwallace.com

                ***Attorneys for Plaintiff***